Copies mailed
Chambers of Judge Davison

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURGESS,

                                        Plaintiff,

        - against -

COSTCO WHOLESALE CORP.,

                                        Defendant.

**ORDER**

21 Civ. 5178 (PED)

PAUL E. DAVISON, U.S.M.J.:

By letter dated February 7, 2022, plaintiff's counsel, Bart Andrew Pittari, Esq., of the firm of Greenstein & Millbauer, LLP, filed a letter in the nature of a motion to be relieved pursuant to Local Civil Rule 1.4. [Dkt. 16.] The Court has not ruled on that motion.

This morning the Court conducted a previously-scheduled telephone conference. Although plaintiff's counsel has not been relieved, counsel did not call in to the conference, and Ms. Burgess participated *pro se*. During the conference, the Court indicated that Mr. Pittari's motion would be granted, and directed the parties, including plaintiff *pro se*, to resume discovery.

On further reflection, and based on Ms. Burgess's statements during the conference, the Court **VACATES** the Order directing the resumption of discovery and instead sets this matter down for an in-person hearing on Mr. Pittari's motion on **May 12, 2022**, at **10:00 a.m.** in **Courtroom 420.** Mr. Pittari **and** Ms. Burgess are directed to appear.

Dated:  April 8, 2022
        White Plains, New York

SO ORDERED

Paul E. Davison, U.S.M.J.