UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURGESS,

                              Plaintiff,

   - against -

COSTCO WHOLESALE CORP.,

                              Defendant.

<u>ORDER</u>

21 Civ. 5178 (PED)

**PAUL E. DAVISON, U.S.M.J.**:

    For the reasons stated in open Court on March 15, 2023, the Court grants Plaintiff's request for the Court to Request Pro Bono counsel, **only** to the extent that, if counsel is located, **such counsel will represent the Plaintiff solely for the purpose of settlement negotiations, and that representation shall terminate upon the conclusion of settlement negotiations.**

    The Court advises Plaintiff that there are no funds to retain counsel in civil cases and the Court relies on volunteers. Due to a scarcity of volunteer attorneys, a lengthy period of time may pass before counsel volunteers to represent Plaintiff. Nevertheless, this litigation will progress at a normal pace. If an attorney decides to take the case, the attorney will contact Plaintiff directly. There is no guarantee, however, that a volunteer attorney will take the case, and Plaintiff should be prepared to proceed with the case pro se. Of course, if an attorney offers to take the case, it is entirely Plaintiff's decision whether to retain that attorney or not.

Dated: March 22, 2023
       White Plains, New York

SO ORDERED

_____
Paul E. Davison, U.S.M.J.