UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BURGESS,

                         Plaintiffs,

          -against-

COSTCO WHOLESALE CORPORATION,

                        Defendant.

------------------------------------------------------------------X

21-CV-05178 (VR)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2023

**VICTORIA REZNIK, United States Magistrate Judge:**

    The parties are directed to file a joint letter by no later than July 7, 2023, providing the Court with an update on the status of the case. The letter should detail the status of settlement discussions and advise as to whether a settlement conference is requested.

    **SO ORDERED.**

DATED:    White Plains, New York
                June 28, 2023

                                                  _____
                                                  VICTORIA REZNIK
                                                  United States Magistrate Judge