**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IRENA BURGESS,

                Plaintiff,

-against-                             21 **CIVIL** 5178 (VR)

                                                                     **JUDGMENT**

COSTCO WHOLESALE CORPORATION,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 27, 2024, Costco's motion for summary judgment is GRANTED. Judgment entered for Costco, and the case is closed.

**Dated:**  New York, New York

         September 27, 2024

                                                        **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**

                         **BY:**   _____
                                                **Deputy Clerk**